522 S.E.2d 597

**In the Matter of Juliette Brown MIMS, Respondent.**

Supreme Court of South Carolina.

Oct. 11, 1999.

## ORDER

Respondent was suspended on August 23, 1999, for a period of ninety days, retroactive to July 9, 1999. She has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and she is hereby reinstated to the practice of law in this state.

ERNEST A. FINNEY, Jr.,
Chief Justice

522 S.E.2d 342

**In the Matter of Charles David BARR, Respondent.**

Supreme Court of South Carolina.

Sept. 14, 1999.

## ORDER

Respondent was suspended on July 26, 1999, for a period of ninety days, retroactive to June 2, 1999. He has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and he is hereby reinstated to the practice of law in this state.

ERNEST A. FINNEY, Jr.,
Chief Justice